No. 04–5390.  STEVENSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 04–5391.  RUBALCABA v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 04–5393.  STOKES v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–5394.  SCOTT v. ANDREWS, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 04–5395.  MORALES v. TADLOCK, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–5396.  PEARSON v. PEGUESE, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–5397.  SLOAN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–5398.  BODDIE v. RAY ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–5399.  DAVILA v. CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 04–5400.  DOLENZ v. UNITED STATES EX REL. BOUNDY. C. A. 5th Cir.  Certiorari denied.

No. 04–5401.  EVANS v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 04–5402.  CURRIE v. BLANKS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 04–5403.  CLEMENTS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–5405.  CRISAMORE v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.